# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09-cr-363 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MELVIN TORRES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 30, 2023.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on October 30, 2023. The defendant admitted to the following violations:

1. Failure to Pay Restitution as Ordered;
2. Unauthorized Travel Outside of District;
3. Failure to Report as Directed on 7/11/2022; and
4. New Criminal Conduct (Uncharged).

The magistrate judge filed a report and recommendation on October 30, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 – 4.

---

[1] A Superseding Violation Report was filed on November 13, 2023, for the purpose of updating the Court and the parties relative to the defendant's bond status regarding violation number 4.

A final supervised release violation hearing was conducted on November 16, 2023. Present were the following: Assistant United States Attorney Poula Hanna, representing the United States; Attorney David Johnson, representing the defendant; the defendant Melvin Torres and United States Probation Officer Camille Croft.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 15 months as to each of Counts 1 and 106, to be served concurrently, with any appropriate credit for time served.

The defendant must pay the balance of his restitution, now in the amount of $3,362.40, through the Clerk of the U.S. District Court. Restitution is due and payable immediately. The defendant must pay 25% of defendant's gross income per month, through the Federal Bureau of Prisons Inmate Financial Responsibility Program. If a restitution balance remains upon release from imprisonment, the U.S. Attorney's Financial Litigation Unit shall make the necessary arrangements with the defendant to satisfy the remaining balance.

The Court recommends placement in FCI Coleman, or another facility as close to Tampa, FL, as possible, so that he may be as close to his significant other as possible. No term of supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: November 16, 2023

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**